1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | ) | No. CV 21-867-GW-SKx |
| | ) | Judge George H. Wu, Courtroom 9D |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BEVERLY HILLS SOUTH PACIFIC | ) | |
| SURGERY CENTER, INC., and HENRY | ) | |
| PALMES, | ) | |
| | ) | |
| Defendants. | ) | |

This action was decided by the Hon. George H. Wu via summary judgment on October 27, 2022.

Defendants BEVERLY HILLS SOUTH PACIFIC SURGERY CENTER, INC., BEVERLY HILLS PREMIUM SURGERY CENTER and HENRY PALMES (collectively, "Defendants") Motion for Summary Judgment or, Alternatively, for Partial Summary Judgment came regularly for hearing in Courtroom 9D of the United States District Court, Central District, the Hon. George H. Wu presiding.

The Court granted the motion for summary judgment as to the first cause of action for violation of 42 U.S.C. § 1981 alleged in plaintiff JANE DOE's ("Plaintiff") Second Amended Complaint ("SAC") and dismissed the remaining causes of action for

1

negligent hiring/supervision; violation of *Civil. Code* § 51.9 and intentional infliction of emotional distress (IIED), having declined to exercise supplemental jurisdiction over these state law claims.

The Court has ordered that the Plaintiff recover nothing, the action be dismissed on the merits to the extent detailed above, and Defendants recover costs from Plaintiff in the amount of **$2,701.88.**

IT IS HEREBY ORDERD, ADJUDGED AND DECREED THAT:

Judgment is hereby entered in favor of Defendants as against Plaintiff. Plaintiff is to take nothing by way of her SAC, the action is dismissed on the merits to the extent detailed above and Defendants are awarded costs as the prevailing parties in the amount of **$2,701.88** against Plaintiff.


Dated:  February 13, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5)

UNITED STATES DISTRICT COURT )
                                        )
CENTRAL DISTRICT OF CALIFORNIA )

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: One World Trade Center, Twenty-Seventh Floor, Long Beach, California 90831-2700.

On February 13, 2023, I served the within: [PROPOSED] JUDGMENT on the interested parties in said action,

____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(b);

____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with the postage fully prepaid to the following;

__X__ (BY ELECTRONIC SERVICE) I caused such document to be Electronically Served on all parties for the above-entitled case.  This service complies with CCP §1010.6.  The file transmission was reported as complete and a copy of the "Filing Receipt" page will maintained with the original document in our office.

| | | |
|---|---|---|
| Joy Johnson, Esq.<br>Ayo Omotosho, Esq.<br>Johnson Omotosho, LLP<br>8616 La Tijera Blvd., Suite 502<br>Los Angeles, CA 90045<br>joy@jomolawfirm.com<br>ayo@jomolawfirm.com | (323) 903-7073<br>(323) 967-7073 Fax | Counsel for Plaintiff,<br>**JANE DOE** |
| Sheryl Ring, Esq. (Pro Hac Vice)<br>Sheryl Ring Law<br>518 South Route 31, Suite 113<br>McHenry, IL 60050<br>sheryl@sherylringlaw.com<br>Sheryl@weikallaw.com | (847) 975-2643 | |
| John Randolph Garner, Esq.<br>Brady Bimson, Esq.<br>Garner & Associates, LLP<br>109 North Marshall Avenue<br>Willows, CA 95988<br>john@garner-associates.com<br>brady@garner-associates.com;<br>monica@garner-associates.com<br>marina@garner-associates.com | (530) 934-3324<br>(530) 934-2334 Fax | |

[PROPOSED] JUDGMENT

1

__X__   I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2

3

__X__   I hereby certify under the penalty of perjury that the foregoing is true and correct.

4

Executed on February 13, 2023 at Long Beach, California.

5

_____*Diana Boyadjian*_____
Diana Boyadjian

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT